✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 26 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:19-mj-00083-WGC |
| ) | |
| DANIEL LEE WALLER ) | Charging District: Eastern District of California |
| *Defendant* ) | Charging District's Case No. 3:16-mj-0006-CMK |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. Magistrate Judge Dennis M. Cota | Courtroom No.: 304 |
|---|---|
| Redding Federal Courthouse | |
| 2986 Bechelli Lane, Redding, CA 96002 | Date and Time: 9/10/2019 9:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 8/26/2019

_____
Judge's signature

William G. Cobb, United States Magistrate Judge
*Printed name and title*